# MORGAN & MORGAN®
## Attorneys At Law

600 N. PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324
(954) 318-0268
FAX: (954) 327-3011

October 20, 2016

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**Re:** **Escort, et al. v. Princeton Information, Ltd., et al., Case No. 1:15-cv-04487 (VSB)**

Honorable Judge Broderick:

    We represent Plaintiffs, Hope Escort and Anthony Barratt, as well as the opt-in Plaintiffs (collectively, "Plaintiffs") in the above-referenced matter and write on behalf of Plaintiffs, to request that the Court set this case for a telephonic Status Conference.

Respectfully submitted,

Andrew R. Frisch

cc:    Samuel S. Shaulson (via ECF)
       C. Ryan Morgan (via ECF)
       Micahel J. Puma (via ECF)
       Carlos V. Leach (via ECF)
       Debra Morway (via ECF)
       Michael A. Curley (via ECF)

www.forthepeople.com

ATLANTA, GA ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL ◆ LAKELAND, FL
LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ MOBILE, AL ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ NEW YORK, NY ◆ ORLANDO, FL ◆ PENSACOLA, FL
PLANTATION, FL ◆ PRESTONSBURG, KY ◆ ST. AUGUSTINE, FL ◆ ST. PETERSBURG, FL ◆ SARASOTA, FL ◆ SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL
THE VILLAGES, FL ◆ WEST PALM BEACH, FL ◆ WINTER HAVEN, FL